IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PATRICIA HOLMES | ) |
| | ) |
| | ) |
| v. | ) NO. 3:05-0633 |
| | ) JUDGE CAMPBELL |
| TELECHECK INTERNATIONAL, INC. | ) |
| and TELECHECK SERVICES, INC. | ) |

ORDER

The Court received the attached anonymous letter through the mail on Friday, March 7, 2008. The Clerk is directed to file a copy of this letter in the record and serve a copy upon counsel for the parties.

IT IS SO ORDERED.

*/s/ Todd J. Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE